Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 6917 | **DATE** | 10/2/2012 |
| **CASE TITLE** | Peggy Richmond, et al. Vs. United States of America, et al. | | |

**DOCKET ENTRY TEXT**

As stated below, and since Plaintiffs have failed to provide the court with accurately and properly completed *in forma pauperis* application forms and have failed to pay the filing fee, the instant action is dismissed. All pending motions [8], [9], [10] are hereby stricken as moot. Civil case terminated.

■[ For further details see text below.]   Docketing to mail notices.

### STATEMENT

  This matter is before the court on Plaintiff Peggy Richmond's and Plaintiff Brady Richmond's motions for leave to proceed *in forma pauperis*. On September 11, 2012, the court denied Plaintiffs' prior motion for leave to proceed *in forma pauperis*. The court also stated that Plaintiffs were given until September 20, 2012, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form. In addition the court warned Plaintiffs that if they fail to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by September 20, 2012, this case would be dismissed. Subsequently, on September 17, 2012, Peggy Richmond filed a motion for leave to proceed *in forma pauperis*. On September 18, 2012, Peggy Richmond filed an additional motion for leave to proceed *in forma pauperis*, and Brady Richmond filed a separate motion for leave to proceed *in forma pauperis*.

  Plaintiffs have failed to provide the court with accurately and properly completed *in forma pauperis* application forms. The three pending *in forma pauperis* application forms provided to the court contain conflicting financial information and thus fail to accurately apprise the court of the financial status of

| STATEMENT |
|---|
| Plaintiffs. On the *in forma pauperis* application form submitted by Brady Richmond, he indicates that no one living at the same residence as him has received more than $200 from annuities in the last twelve months. However, on the second *in forma pauperis* application form prepared by Peggy Richmond, she indicates that she has received $3,267 from annuities in the last twelve months. Peggy Richmond indicates on the second *in forma pauperis* application form she submitted that she is the spouse of Brady Richmond and the *pro se* appearance form filed in this case lists the same address for Peggy Richmond and Brady Richmond. Therefore, since Plaintiffs have failed to provide the court with accurately and properly completed *in forma pauperis* application forms and have failed to pay the filing fee, the instant action is dismissed. |